UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANTISEK PRIBYL,

    Plaintiff,

v.                                                        4:18cv349–WS/MAF

WARDEN R.E. COIL, D.
ARNOLD, MANAGER PRITT,
OFFICER WILLIAMS, and JOHN
DOE DEFENDANTS 1, 2,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's corrected report and recommendation (ECF No. 94) docketed April 30, 2021. The magistrate judge recommends that (1) Defendant Arnold's motion to dismiss (ECF No. 69) Plaintiff's second amended complaint (ECF No. 38) be denied; (2) Plaintiff's request for injunctive relief be denied; (3) Plaintiff's request for habeas relief and for criminal prosecution against all defendants be dismissed; (4) Plaintiff's Fifth and Eighth Amendment claims proceed against Defendants Arnold, Williams, Pritt,

and Coil, in their individual and official capacities; (5) Plaintiff's First Amendment and RLUIPA claims proceed against Defendant Arnold in his official and individual capacities; and (6) any remaining claims be dismissed. Defendant Arnold has filed no objections to the report and recommendation.[1] Plaintiff has filed objections (ECF No. 98) to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's corrected report and recommendation (ECF No. 94) is hereby ADOPTED and incorporated by reference in this order.

2. Defendant Arnold's motion (ECF No. 69) to dismiss is DENIED.

3. Plaintiff's request for injunctive relief is DENIED.

4. Plaintiff's requests for habeas relief and for criminal prosecution against all defendants are DISMISSED.

5. The shall be returned to the magistrate judge for further proceedings with regard to (1) Plaintiff's Fifth and Eighth Amendment claims against Defendants

---

[1] Defendant Arnold is the only defendant who has been served with Plaintiff's second amended complaint. Service was attempted, without success, on the remaining defendants, Williams, Pritt, and Coil, at the Federal Detention Center ("FDC") in Tallahassee. Service on the latter three defendants was unsuccessful because they are no longer employed at FDC.

Arnold, Williams, Pritt, and Coil, in their individual and official capacities; and (2) Plaintiff's First Amendment and RLUIPA claims against Defendant Arnold in his official and individual capacities. Any remaining claims are DISMISSED.

6. Defendants Williams, Pritt, and Coil are to be served with Pribyl's second amended complaint.

DONE AND ORDERED this   22nd   day of   June  , 2021.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE