UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANTISEK PRIBYL,

    Plaintiff,

v.                                                                                                          4:18cv349–WS/MAF

WARDEN R.E. COIL, et al.,

    Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 167) docketed July 12, 2022. The magistrate judge recommends that (1) the case against Defendant R.E. Coil be dismissed for failure to serve pursuant to Fed. R. Civ. P. 4(m); (2) the motion to dismiss (ECF No. 133) for failure to exhaust administrative remedies filed by Defendants David Arnold and John Pritt be denied; and (3) the motion for summary judgment (ECF No. 133) filed by Defendants David Arnold and John Pritt be granted.

The magistrate judge also addressed Plaintiff's deliberate-indifference claim against Defendant Jaleesa Willingham, who answered Plaintiff's complaint but has

not filed a dispositive motion. Quoting Fed. R. Civ. P. 56(f)(3), the magistrate judge noted in his report and recommendation that "[a]fter giving notice and reasonable time to respond, the court may . . . consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute." After explaining why Plaintiff's claim against Willingham appeared to be insupportable, the magistrate judge gave (1) Plaintiff the opportunity to respond with genuine material facts that are in dispute as they relate to Willingham; and (2) Willingham the opportunity to file a reply to Plaintiff's response regarding his claim against Willingham. The magistrate judge warned Plaintiff that "[t]he failure to present genuine material facts in dispute as to the claims against Defendant Willingham will result in a judgment in her favor." ECF No. 167 at p. 35.

    After the magistrate judge's report and recommendation was filed, Plaintiff twice requested and received an extension of time to file objections to the report and recommendation. Plaintiff has since filed documents entitled (1) "Motion to Fix Issue, Error, Problem" (ECF No. 172); (2) "Opposition – Disagreement – and Answer to R&R ECF # 167" (ECF No. No. 173); (3) "Motion to Accept Plantiff [sic] Response – Opposition – Disagreement and Answer to R&R ECF # 167 (ECF No. 174); and (4) "Motion for the Appointment of Counsel or Proper Legal HELP" (ECF No. 175). In none of those four documents has Plaintiff demonstrated that

there are genuine issues of material fact supporting his claims against Defendants, including Defendant Willingham. Defendants have filed a brief reply (ECF No. 176), correctly stating that Plaintiff has not raised a genuine issue as to any material fact.

Having reviewed the parties' filings, the undersigned finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 167) is ADOPTED and incorporated into this order by reference.

2. Defendant R.E. Coil is DISMISSED for lack of service pursuant to Fed. R. Civ. P. 4(m).

3. The motion for summary judgment (ECF No. 133) filed by Defendants David Arnold and John Pritt is GRANTED.

4. All other pending motions are denied.

5. Plaintiff's claims against David Arnold, John Pritt, and Jaleesa Willingham are DISMISSED with prejudice.

6. The clerk shall enter judgment stating: "All claims against David Arnold, John Pritt, and Jaleesa Willingham are DISMISSED with prejudice."

7. The clerk shall close the case.

DONE AND ORDERED this ___23rd___ day of ___November___, 2022.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE